IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHERRY L. BURNETT**                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 3:10CV00131 BSM**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 8th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE